```
R. FRANK BUTLER, #56664
1327"N"STREET
FRESNO, CA. 93721
(559) 233-5151
Attorney for Defendant, PEDRO ROMERO
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-05-0161 OWW |
| ) | |
| Plaintiff, ) | ORDER GRANTING MODIFICATION OF |
| ) | ORDER REGARDING PEDRO ROMERO'S |
| vs. ) | SURRENDER DATE |
| ) | |
| PEDRO ROMERO, et al., ) | |
| ) | |
| Defendant. ) | |

The Court having considered the Defendant's request to modify the Order previously filed on February 21, 2006 directing Defendant Pedro Romero to surrender to the United State Marshall in Fresno, before 2:00 p.m., on March 13, 2006 and good cause appearing, IT IS HEREBY ORDERED that Defendant Pedro Romero is directed to surrender to the United State Marshall in Fresno, before 2:00 p.m., on March 20, 2006.

DATED:    March 10, 2006            /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com